

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Calvin Poindexter and
Katrina Poindexter,

\* From the 385th District Court
  of Midland County,
   Trial Court No. CV59275.

Vs. No. 11-24-00094-CV

\* July 25, 2024

WTX Patriot Compression Services, Inc.;
WTX Patriot Management Services, Inc.;
James Abney; and Heather Abney,

\* Memorandum Opinion by Bailey, C.J.
  (Panel consists of: Bailey, C.J.,
  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Calvin Poindexter and Katrina Poindexter.